No. D–1850.  IN RE DISBARMENT OF MARCUS.  Lyn H. Marcus, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1851.  IN RE DISBARMENT OF SMITH.  Nicholas Smith, of Plymouth, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1852.  IN RE DISBARMENT OF GREENE.  Lawrence R. Greene, of Detroit, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1853.  IN RE DISBARMENT OF THORNTON.  Kenneth W. Thornton, Jr., of Georgetown, S. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1854.  IN RE DISBARMENT OF FISHER.  Robert Patrick Fisher, of Scotts Valley, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1855.  IN RE DISBARMENT OF HOPEWELL.  Richard James Hopewell, of Sioux Falls, S. D., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 120, Orig.  NEW JERSEY v. NEW YORK.  Motions of the National Trust for Historic Preservation in the United States et al., New York Landmarks Conservancy et al., and New York Historical Society et al. for leave to file briefs as *amici curiae* granted.  Exceptions to the Report of the Special Master are set for oral argument in due course.  Motion of New York for leave to file a surreply brief denied.  [For earlier order herein, see, *e. g., ante*, p. 1116.]